UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LEROY P. HOUSEHOLDER and DAGMAR HOUSEHOLDER, husband and wife,<br><br>    Plaintiffs,<br><br>    v.<br><br>SCHNEIDER NATIONAL BULK CARRIERS, INC., incorporated in the State of Louisiana whose principal place of business is in Wisconsin and doing business in the State of Washington,<br><br>    Defendant. | NO. CV-06-3019-MWL<br><br>ORDER ADOPTING STIPULATION OF DISMISSAL WITH PREJUDICE |

On November 30, 2006, the parties, by and through their attorneys of record, agreed and stipulated to dismiss the above entitled matter with prejudice and without costs or attorneys' fees to either party. (Ct. Rec. 19).

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED:

1. The above entitled case is hereby dismissed with prejudice.

2. Each party shall bear their own attorneys' fees and costs.

3. The Clerk of the Court is directed to file this Order, provide a copy to counsel for Plaintiffs and Defendant, and **CLOSE** the file.

DATED this  1st  day of December, 2006.

                                             S/Michael W. Leavitt
                                             MICHAEL W. LEAVITT
                                   UNITED STATES MAGISTRATE JUDGE